IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

NORMAN GILLIS MCDANIEL

VS. CIVIL ACTION NO. 2:21-cv-20-KS-MTP

39 NORTH QUEEN CITY STORAGE

## ORDER

This cause came on this date to be heard upon the Report and Recommendation [6] of United States Magistrate Judge Michael T. Parker entered herein on April 29, 2021, after referral of hearing by this Court , no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint [1] is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

The Court is cognizant of a second Motion for Leave to Proceed in forma pauperis [7] filed by Plaintiff, and as a result of the Report and Recommendation adopted herein by this Court said Motion [7] is DENIED as Moot.

SO ORDERED, this the __24th___ day of June, 2021.

                                        ___s/Keith Starrett_____
                                        UNITED STATES DISTRICT JUDGE